ORIGINAL

FILED
MAY 24 2011
U.S. COURT OF
FEDERAL CLAIMS

## In the United States Court of Federal Claims

```
***************************
ED NEEDLES, pro se,             *
                                *
            Plaintiff,          *
                                *
     v.                         *    No. 11-241L
                                *
THE UNITED STATES,              *    (Filed May 24, 2011)
                                *
            Defendant.          *
***************************
```

### ORDER

Further to the order entered on April 20, 2011, plaintiff on May 11, 2011, filed an amended complaint. Accordingly,

**IT IS ORDERED**, as follows:

Defendant shall respond to the amended complaint within the time provided for by rule.

_____
Christine Odell Cook Miller
Judge